UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 28, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHEN HUANG,
aka Huang Chen, Defendant.

Case No. 2:17-mj-00130-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHEN HUANG ,

Case No.  2:17-mj-00130-CKD  from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

  X     Unsecured Appearance Bond $   $50,000, cosigned by wife.

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

  X     (Other): Pretrial Services conditions

Issued at Sacramento, California on July 28, 2017 at  2:50 pm

By: _____

Magistrate Judge Carolyn K. Delaney